**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| **99 RESTAURANTS, LLC,** )<br>)<br>PETITIONER, )<br>)<br>v. )<br>)<br>**COSTANZA KIRAN, on behalf of herself** )<br>**and all others similarly situated,** )<br>)<br>RESPONDENT. )<br>) | **CIVIL ACTION NO. 1: 13-13048-WGY** |

## PETITIONER'S NOTICE OF APPEAL

Pursuant to Fed.R.App.P. 3 and 9 U.S.C. § 16(a), Petitioner 99 Restaurants, LLC hereby gives notice that it appeals to the United States Court of Appeals for the First Circuit from the District Court's January 13, 2014 Order denying the Petition to Stay Arbitration and to Compel Respondent to Arbitrate Claims on an Individual Basis (Docket No. 12).

Respectfully submitted,

/s/ Michael Mankes
Michael Mankes, BBO #662127
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA  02110
Phone 617.378.6006
Fax 617.737.0052
mmankes@littler.com

*Attorney for the Petitioner, 99 Restaurants, LLC*

Dated:  January 29, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2014, a true copy of the foregoing Notice of Appeal was served via the ECF System upon the attorney of record for Respondent:

Stephen Churchill
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111
Telephone: 617-607-3260
Email: steve@fairworklaw.com

/s/Michael Mankes
Michael Mankes